Decided January 17, 1996

DIME SAVINGS BANK OF NEW YORK, FSB *v.*
CLARE MURANELLI ET AL.

The petition of the defendant Laurelton House Condominium Association, Inc., for certification for appeal from the Appellate Court, 39 Conn. App. 736 (AC 14269), is denied.

*William W. Ward* and *Steven Stanford Berizzi*, in support of the petition.

*James J. Byrne*, in opposition.

Decided January 17, 1996